IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ERIC BRIAN ROSENBERG
AKA E. BRIAN ROSE                                                                    PLAINTIFF

VERSUS                                                              NO. 1:25cv182 HSO-BWR

CITY OF OCEAN SPRINGS, MISSISSIPPI;
KENNY HOLLOWAY, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; JENNIFER BURGESS,
IN HER OFFICIAL AND INDIVIDUAL CAPACITIES;
PATTY GASTON, IN HER OFFICIAL AND INDIVIDUAL
CAPACITIES; KEN PAPANIA, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; MIKE IMPEY, IN HIS
OFFICIAL AND INDIVIDUAL CAPACITIES; ROBERT
WILKINSON, IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES; KENNY WILLIAMS, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITIES; BONNIE MUNRO, IN
HER OFFICIAL AND INDIVIDUAL CAPACITIES; RYAN
LEMAIRE, IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES; AND JOHN/JANE DOES 1-10                                     DEFENDANTS

**MOTION TO DISMISS PLAINTIFF'S AMENDED
COMPLAINT PURSUANT TO RULE 12(B)(2), (4) AND (5)**

COME NOW the Defendants City of Ocean Springs, Kenny Holloway, Jennifer Burgess,

Patty Gaston, Ken Papania and Mike Impey and file this Motion to Dismiss Plaintiff Eric Brian

Rosenberg's Amended Complaint and would show unto the Court the following, to-wit:

I.

Eric Brian Rosenberg ("Rosenberg") filed his Complaint on June 11, 2025. *See* ECF No.

1. Roseberg alleged various federal and state constitutional deprivations and claims primarily

pursuant to 42 U.S.C. § 1983 and various state law claims. Rosenberg caused the Clerk to issue

Summons on the original Complaint June 12, 2025. *See* ECF No. 2.

1

II.

Defendants named in the original Complaint include the City of Ocean Springs, Mississippi, the former Mayor of Ocean Springs, members of the Board of Aldermen of Ocean Springs, a former Chief of Police of Ocean Springs, and various other individuals.  [ECF No. 1] [1] The individuals are named in their individual and official capacity.

III.

On June 17, 2025, Rosenberg filed an Amended Complaint.  *See* ECF No. 3.  As of June 17, 2025, none of the parties herein had appeared in the case and no Defendants had been served with the original Complaint.  No Summonses were issued by the Clerk on June 17, 2025, for the Amended Complaint.  Returns of Service Unexecuted were not filed with the Clerk with respect to the original Complaint.  *See* Docket Sheet attached as Exhibit "A".

IV.

On June 17, 2025, Defendants Ocean Springs, Holloway, Burgess, Gaston, Papania and Impey were improperly served the Amended Complaint utilizing the Summons issued for the original Complaint.  *See* ECF No. 4.  Rosenberg has now also filed Motions for Entry of Default as to these Defendants with said motions being filed July 9, 2025.  *See* ECF Nos. 5, 6, 7, 8, 9 and 10.

V.

Rule 4 of the Federal Rules of Civil Procedure requires that a Summons be served with a copy of the Complaint.  *See* Fed. R. Civ. P. 4(c)(1).  Further, "it is clear that an amended or supplemental pleading must be served on parties who have not appeared in the action in

---

[1] There is nothing of record to suggest the other individuals named in the Complaint have been served with any pleadings.

conformity with Rule 4." 4B Charles Allen Wright & Arthur Miller, *Federal Practice and Procedure*, § 1146 (4ᵗʰ Ed. 2021).

VI.

None of the Defendants had appeared in this action at the time the Amended Complaint was filed.  No new Summonses were issued.  The Summonses issued for the original Complaint are not valid and do not comply with Rule 4 for service of the Amended Complaint since the Summonses were issued before Rosenberg's Amended Complaint was filed rather than on or after Rosenberg's Amended Complaint was filed as provided by Rule 4(b).  And therefore, service of the Amended Complaint pursuant to the original Summons is invalid and the Complaint should be dismissed.

VII.

WHEREFORE, all premises considered, Defendants hereby request that this Court enter the appropriate Order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(2), (4) and (5) of the Fed. R. Civ. P.  In support of this motion, Defendants submit their Memorandum Brief filed in conjunction herewith.

RESPECTFULLY SUBMITTED, this the 11th day of July, 2025.

**CURRIE JOHNSON & MYERS, P.A.**
Attorneys for City of Ocean Springs, MS,
Kenny Holloway, Jennifer Burgess, Patty
Gaston, Ken Papania and Mike Impey

BY: *s/ J. Henry Ros*
        J. HENRY ROS (MSB 5668)

3

## CERTIFICATE OF SERVICE

I, J. Henry Ros, do hereby certify that I electronically filed with the Clerk of the Court using the ECF system a true and correct copy of the foregoing document which sent notification of same to all counsel of record.

I further certify that a true and correct copy was mailed via US Postal Service to:

Eric Brian Rosenberg
1207 Londonderry Lane
Ocean Springs, MS  39564
***Plaintiff Pro Se***

This the 11th day of July, 2025.

*s/  J. Henry Ros*

**J. HENRY ROS (MSB 5668)**
**ZACHARY CRUTHIRDS (106279)**
**CURRIE JOHNSON & MYERS, P.A.**
2355 Pass Road
Biloxi, MS   39531
Telephone: (228) 385-1010
Facsimile: (228) 385-1011
Email:  hros@curriejohnson.com
        zcruthirds@curriejohnson.com