IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ERIC BRIAN ROSENBERG
AKA E. BRIAN ROSE                                                                                 PLAINTIFF

VERSUS                                                                              NO. 1:25cv182 HSO-BWR

CITY OF OCEAN SPRINGS, MISSISSIPPI;
KENNY HOLLOWAY, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; JENNIFER BURGESS,
IN HER OFFICIAL AND INDIVIDUAL CAPACITIES;
PATTY GASTON, IN HER OFFICIAL AND INDIVIDUAL
CAPACITIES; KEN PAPANIA, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITIES; MIKE IMPEY, IN HIS
OFFICIAL AND INDIVIDUAL CAPACITIES; ROBERT
WILKINSON, IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES; KENNY WILLIAMS, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITIES; BONNIE MUNRO, IN
HER OFFICIAL AND INDIVIDUAL CAPACITIES; RYAN
LEMAIRE, IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES; AND JOHN/JANE DOES 1-10                                         DEFENDANTS

## **MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

COME NOW the undersigned, J. Henry Ros, former counsel for the City of Ocean Springs, Mississippi, Kenny Holloway, Jennifer Burgess, Patty Gaston, Ken Papania and Mike Impey and requests that this Court allow him to withdraw as counsel of record and discharge him from any further obligation in this case, and would show unto the Court the following, to-wit:

I.

On July 28, 2025, Todd Butler, Mallory K. Bland and Cannon Funderburk filed their Notice of Appearance on behalf of all of the named defendants in this case. Previously, the undersigned had filed motions on behalf of some of the defendants who had been served with a Complaint in this matter. Attorneys Butler, Bland and Funderburk are all members of the law firm Phelps Dunbar and have been retained to represent all defendants in this case.

1

II.

The undersigned seeks the entry of the appropriate order from this Court permitting him to withdraw from the case and dismissing him from any further obligations related to this case. All defendants now have new counsel, and the undersigned is no longer needed to represent any of the defendants in this cause. Accordingly, the undersigned hereby respectfully requests that this Court enter the appropriate Minute Entry Order permitting him to withdraw as counsel and discharging him from any further duty related to this case.

RESPECTFULLY SUBMITTED, this the 28th day of July, 2025.

**CURRIE JOHNSON & MYERS, P.A.**

BY: *s/ J. Henry Ros*
        J. HENRY ROS (MSB 5668)

## CERTIFICATE OF SERVICE

I, J. Henry Ros, do hereby certify that I electronically filed with the Clerk of the Court using the ECF system a true and correct copy of the foregoing document which sent notification of same to all counsel of record, including:

G. Todd Butler, Esquire
Mallory K. Bland, Esquire
Phelps Dunbar
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Via Email: todd.butler@phelps.com
mallory.bland@phelps.com
***Attorneys for Defendants***

Cannon Funderburk, Esquire
Phelps Dunbar
105 East Main Street, Suite 201
Tupelo, MS 38804
Via Email: cannon.funderburk@phelps.com
***Attorneys for Defendants***

I further certify that a true and correct copy was mailed via US Postal Service to:

Eric Brian Rosenberg
1207 Londonderry Lane
Ocean Springs, MS 39564
***Plaintiff Pro Se***

This the 28th day of July, 2025.

            *s/ J. Henry Ros*

**J. HENRY ROS (MSB 5668)**
**CURRIE JOHNSON & MYERS, P.A.**
2355 Pass Road
Biloxi, MS 39531
Telephone: (228) 385-1010
Facsimile: (228) 385-1011
Email: hros@curriejohnson.com