IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ERIC BRIAN ROSENBERG, A/K/A E. BRIAN ROSE | PLAINTIFF |
| VS. | CIVIL ACTION NO.: 1:25-CV-00182-HSO-BWR |
| CITY OF OCEAN SPRINGS, MISSISSIPPI, ET AL. | DEFENDANTS |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

For the reasons explained in the contemporaneously filed memorandum in support, Defendants move this Court for entry of a Protective Order directing Plaintiff, during the pendency of this litigation, to communicate with the represented parties through their counsel or formal public records requests only. In the alternative, Defendants request a protective order prohibiting Plaintiff from such direct contact unless advance notice is provided to counsel. In addition to the memorandum, Defendants offer the following exhibits:

1. Millard Declaration, Ex. A; and
2. Rockette Directive, Ex. B.

Defendants request that their motion be granted.

Dated: October 20, 2025.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: /s/ G. Todd Butler
G. Todd Butler, MB #102907
Mallory K. Bland, MB #105665
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: todd.butler@phelps.com

mallory.bland@phelps.com
*ATTORNEYS FOR MUNICIPAL DEFENDANTS*

## CERTIFICATE OF SERVICE

I, G. Todd Butler, certify that I had this motion electronically filed with the Clerk of the Court, using the CM/ECF system, and also forwarded a copy to the pro se plaintiff at this address:

Eric Brian Rosenberg
1207 Londonderry Lane
Ocean Springs, MS 39564

Dated: October 20, 2025

/s/ *G. Todd Butler*
G. Todd Butler