IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ERIC BRIAN ROSENBERG, A/K/A E. BRIAN ROSE     PLAINTIFF

VS.     CIVIL ACTION NO.: 1:25-CV-00182-HSO-BWR

CITY OF OCEAN SPRINGS, MISSISSIPPI, ET AL.     DEFENDANTS

## DECLARATION OF CHRISTINE MILLARD

Pursuant to 28 U.S.C. § 1746, I, Christine Millard, am over the age of 18, am of sound mind, and declare as follows:

1. I am currently the City Clerk for the City of Ocean Springs.

2. In my capacity as City Clerk, I maintain access to City email accounts.

3. I recently conducted a search regarding communications from Plaintiff Eric Brian Rosenberg, A/K/A E. Brian Rose.

4. My search revealed that, since June 2025, Plaintiff has sent approximately 45 public records requests to the City and approximately 59 other inquiries or requests for comment via email to City employees, including myself, Laurri Garcia (Public Relations Manager), Vicky Hupe (Deputy City Clerk), Bobby Cox (Mayor), and Patty Gatson (former City Clerk).

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of October, 2025.

                                           _____
                                           CHRISTINE MILLARD

Exhibit "A"