

| Public Records Request Date | Request Topic | Request Verbiage |
|---|---|---|
| June 4, 2025 | Audio Surveillance Media Investigation | Any purchase order, work order, internal memo, email, or task assignment related to the creation, ordering, or installation of signage alerting the public to audio or video surveillance inside Ocean Springs City Hall. |
| June 4, 2025 | Audio Surveillance Media Investigation | All records showing how and when the current City Hall audio/video surveillance system was purchased, approved, or installed. |
| June 11, 2025 | Jeff Gray Settlement Media Investigation | Any official meeting minutes, records, or resolutions reflecting authorization by the Ocean Springs Board of Aldermen for the City Attorney or any other legal representative to settle the lawsuit filed by Jeffrey Gray against the City of Ocean Springs. |
| June 11, 2025 | Jeff Gray Settlement Media Investigation | A copy of the full settlement agreement (including exhibits and executed signatures) and any documents related to the final settlement of Jeffrey Gray v. City of Ocean Springs, finalized on or around June 10, 2025. |
| July 6, 2025 | Audio Surveillance Media Investigation | Any written documentation, system settings, or records confirming that the audio recording function of the surveillance system at Ocean Springs City Hall has been disabled or deactivated. |
| July 16, 2025 | Jeff Gray Settlement / MMSC Media Investigation | All contracts, memorandums of understanding, service agreements, or other written agreements between the City of Ocean Springs and the litigation insurance provider known as Mississippi Municipal Service Company and/or the Mississippi Municipal Liability Plan (MMLP), under any name by which they are referenced or referred. |

| Public Records Request Date | Request Topic | Request Verbiage |
|---|---|---|
| July 18, 2025 | City Attorney Contract Media Investigation | Any documents, forms, or written materials submitted by or on behalf of David N. Harris Jr. in connection with his appointment as Interim City Attorney |
| July 28, 2025 | Securix Media Investigation | I am requesting a copy of a letter submitted by former City Attorney Robert Wilkinson to the Mayor and/or Board of Aldermen in which he discloses a legal conflict of interest related to the Securix traffic enforcement program or any affiliated entity. |
| July 29, 2025 | Securix / City Attorney Contract Media Investigations | All text messages (including SMS, iMessage, or similar messaging platforms) sent or received by Deputy City Clerk Vicky Hupe between July 1, 2025, and the date of this request that were to or from Robert Wilkinson or that reference Robert Wilkinson. |
| July 31, 2025 | Transparency Media Investigation | Total number of public records requests submitted during the month of July 2025. |
| August 4, 2025 | Jeff Gray Settlement Media Investigation | A copy of the current contract and payment schedule with the city's litigation insurance provider. |
| August 11, 2025 | Transparency Media Investigation | I am requesting a list of all public records requests received by the City of Ocean Springs in the last thirty (30) calendar days |
| August 14, 2025 | Guidelines Media Investigation | I am requesting a copy of the document that appeared in the mailboxes of Aldermen titled "City of Ocean Springs – Resolution Process and Procedure Guidelines." This document is believed to have been distributed to the aldermen some time between August 1 and August 6, 2025. |

| Public Records Request Date | Request Topic | Request Verbiage |
| --- | --- | --- |
| August 23, 2025 | Securix Media Investigation | Please provide electronic copies of all emails (with attachments) between former City Attorney Robert Wilkinson and the following City officials that relate to the Securix program: Mayor, Members of the Board of Aldermen, City Clerk, Chief of Police. The date range is April 1, 2021 through May 30, 2023. |
| August 23, 2025 | Vendor Contract Media Investigation | I am seeking information on the city's relationship with Cypress Engineering. My request includes: Vendor payment history report, Contracts signed between the city and Cypress Engineering, Minutes of Board of Alderman meetings discussing, debating, or voting on matters pertaining to Cypress Engineering |
| August 25, 2025 | Media Alerts | All media advisories, press releases, or statements sent by any medium (email, fax, postal service, etc.) from the city of Ocean Springs to WXXV, WLOX, and Sun Herald over the last 30 days. |
| September 17, 2025 | City Attorney Contract Media Investigation | A copy of the letter or email sent to the Attorney General's Office asking for a legal opinion regarding City Attorney David Harris. This letter was referenced at the September 16, 2025 Board of Alderman meeting by Alderman Matthew Hinton and Mayor Bobby Cox. |
| September 18, 2025 | Media Alerts | All City press releases and media advisories sent to any members of the media between Sept 10, 2025 and the present. The City's media distribution list(s) used to send press releases/advisories and any add/remove records or change logs from Aug 1, 2025 to the present. |

| Public Records Request Date | Request Topic | Request Verbiage |
|---|---|---|
| September 22, 2025 | Chamber of Commerce Media Investigation | I respectfully request copies of the following records related to the City of Ocean Springs Economic Development Council (EDC): The most recent list of current EDC members, The minutes from the last four quarterly meetings of the EDC, The most recent annual report of the EDC submitted to the Mayor and Board of Aldermen. |
| September 30, 2025 (confirmation email came October 1, 2025) | Lovelace Tree Media Investigation | All bids, quotes, proposals, or estimates submitted for the removal of the "Lovelace" downtown live oak tree, following the arborist's report and subsequent approval of removal by the board of aldermen at the September 29, 2025 Board of Aldermen meeting. |
| October 3, 2025 | Walking Quorum Media Investigation | All text messages, iMessages, or other electronic messages sent by Mayor's Assistant Laurri Garcia to any member of the Ocean Springs Board of Aldermen, individually or in group threads that reference, coordinate, or schedule meetings with State Representative Hank Zuber on or around Friday October 3, 2025. |
| October 7, 2025 | City Attorney Contract Media Investigation | I am seeking the letters referenced by City Attorney David Harris between him and head of the Mississippi Ethics Commission Tom Hood during the October 7, 2025 Board of Alderman meeting. |
| October 15, 2025 | Transparency Media Investigation | I am requesting all minutes, including topics and actions taken, from meetings of the "Assistants" for meetings that have occurred between July 1, 2025 and present. |

| Public Records Request Date | Request Topic | Request Verbiage |
| --- | --- | --- |
| | | |
| October 17, 2025 | Jeff Gray Settlement Media Investigation | All invoices, billing statements, payment records, or correspondence reflecting payments made for legal representation of the City of Ocean Springs in Jeffrey Gray v. City of Ocean Springs (U.S. District Court, S.D. Miss.). |
| | | |
| October 18, 2025 | Securix Media Investigation | I request copies of any and all correspondence or documents received by the City of Ocean Springs or its officials that were referenced, cited, or relied upon during the September 2, 2025 executive session described in the official minutes as discussing "the Securix case." |
| | | |