**Transcript of August 26, 2025 In-Person Meeting Between Eric Brian Rosenberg, City Clerk Christine Millard, and Unnamed Clerk's Assistant**

**(Audio File Available Upon Court's Request)**

*EX. E-1*

1. **Rosenberg:** I need to pay $20 for my August 11th...
2. **Clerk's Assistant:** Public records?
3. **Rosenberg:** Yes.
4. **Clerk's Assistant:** So, your email, um, the $20 was for us to go in and find who paid for public records requests?
5. **Rosenberg:** No, I want fees assessed. It doesn't matter who paid. If somebody made a public records request and you told them it's going to cost you X amount of dollars, that's what I want.
6. **Clerk's Assistant:** So that's going to be an email. OK. And so with that, of course, outside team does email searches. So that would not be the $20. That's going to be the $37.50.
7. **City Clerk Christine Millard:** That's why I want to make sure you know what you're asking and what you can do. Because we can't pull, like, we're not even allowed to pull emails. We have to contract that out. They don't allow us to even search our own email.
8. **Rosenberg:** So you have no other way of knowing who you assessed?
9. **City Clerk Christine Millard:** We have the receipts. So for $20, she can pull the receipts. We may pay copies of the receipts, but the email search is what you're talking about. The email from the public records.
10. **Rosenberg:** Well, I don't need the email. Certainly, you must have written it down somewhere.
11. **City Clerk Christine Millard:** Yeah, we have it. We have it in our accounting system as far as the numbers, but it's a miscellaneous receipt. And so to figure out which ones go with which ones, you have to pull the receipts. And so she'll pull them all. Again, it's probably not as you think. But it just takes time to go through each one and pull it.
12. **Rosenberg:** So there's no way to know?
13. **City Clerk Christine Millard:** Because the log that we gave you, that log, she keeps the log for the time. Like we keep it for the time. So the log is like when it's, you know, the time clock. It's not like, she doesn't have a clock. column to track it. Maybe in the future we will, but right now we don't have a log that puts the fees associated because the log's for the time. Because we do the, like we just collect it right into the accounting system, give them a receipt. But you can have all the receipts. Your $20 will get you just an email stack of receipts. It'll be all the receipts and you can just go right, I mean how many was it on there? It was like 30 or something for the month. How many was it for the month?
14. **Clerk's Assistant:** Well, she ran, I didn't run the report, but someone else ran the report from July 1 to August, whenever we were trying to figure it out, I guess.
15. **Rosenberg:** I think it was July 11th to August 11th.
16. **Clerk's Assistant:** Okay, so I think there was like nine.
17. **City Clerk Christine Millard:** Nine individual ones that we took payment for.
18. **Rosenberg:** So there was nine that you took payment for?
19. **Clerk's Assistant:** I would say around that, yes. I would have to actually go in and lookk at it and run the report.
20. **Rosenberg:** Why do some get charged a fee and some don't?

21. **Clerk's Assistant:** So how we did it in the past is if it was just a quick drag and drop, then we didn't charge because we can, we only can charge for a lot of time that we have actually spent. So if it's going to be a drag and drop, then we can't charge you for, you know...
22. **City Clerk Christine Millard:** That's probably why you didn't get charged before too.
23. **Clerk's Assistant:** Right. So if it's something that's quick and easy, but if it's going to take someone's time, like with the records department is who usually charges, because that's where people want body cam footage and dash cam and all that stuff. So it takes time and it's on a disc. So that's usually what it is, is that. Now if there's something more in depth, like HR every once in a while has a public records request that's fairly long and will have to give us a search. And it'd take $20 an hour to do that. And then, of course, if there's email searches. No one's paid for an email search prior, since I've been here. So that could be that, but that's also why, you know? But usually, if it's a quick thing, then we do not charge.
24. **City Clerk Christine Millard:** You're talking about like, what you're gonna get is like, we can request for people who want the body cam. So you can't like, you can't like print that to somebody it's a video, So we have to pay someone else to do that.
25. **Rosenberg:** I get it. So to get to get the actual list that I'm asking for what fees were assessed I would have to pay 30...
26. **Clerk's Assistant:** So if you want an email search, it's $37 .50.
27. **Rosenberg:** But you said that's the only option is an email search.
28. **Clerk's Assistant:** For that way, yes. But if you want actual receipts, and we do it, that is the $20 that we're looking for.
29. **Rosenberg:** But the receipts will only show what people paid. Sometimes, wouldn't you agree that sometimes you say that public records request is going to cost you X amount of dollars, and they don't pay it?
30. **City Clerk Christine Millard:** Yeah.
31. **Rosenberg:** So that won't tell me how many were assessed. So the only option is, how much is it, $37?
32. **Clerk's Assistant:** $37.50, and that's for the quote. For them to see how much time it's going to actually take.
33. **Rosenberg:** And then it's $150 an hour?
34. **Clerk's Assistant:** $150 an hour after that, yes. Because that $150, that's how they got that $37.50. It's a 15-minute increment of their search time for 15 minutes to kind of assess how long it's going to take.
35. **City Clerk Christine Millard:** And that's contracted out.
36. **Rosenberg:** All right, well, I appreciate it
37. **City Clerk Christine Millard:** Depends on what you need. We're trying to work within, give you what you need and all that.