

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Eric Brian Rosenberg, aka E. Brian Rose,                                    Plaintiff

v.                                            Cause No.: 1:25-cv-00182-HSO-BWR

CITY OF OCEAN SPRINGS, MISSISSIPPI, et al.                         Defendants.

## PLAINTIFF'S NOTICE OF CLARIFICATION REGARDING MISCHARACTERIZATIONS IN DEFENDANTS' PROTECTIVE-ORDER FILINGS

Plaintiff respectfully submits this Notice to ensure the record is accurate and complete. This Notice does **not** seek additional briefing or new relief; it identifies a mischaracterization of City officials in Defendants' Response to Plaintiff's Motion to Strike (ECF No. 49).

1. **Mischaracterization of City Officials as "Non-Parties."**

In their filing, Defendants repeatedly describe the City's own Public Information Officer Laurri Garcia, City Attorney David Harris, and Police Chief Stephen Dye as **"non-parties."** If the Court were to accept that and treat them as true non-parties, the City would not have standing to seek a protective order governing Plaintiff's lawful communications with them. And their motion for a protective order would be moot.

But these officials are employees and agents of the municipal defendant, the **City of Ocean Springs**, acting within the scope of their public employment. Their actions therefore constitute actions of the City itself, not of independent outsiders. This understanding is consistent with *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978).

The City cannot characterize these individuals as "non-parties" to **avoid accountability** while simultaneously invoking Rule 4.2 to portray Plaintiff's ordinary and lawful media inquiries to them as prohibited contact with represented parties.

This Notice concerns the reliability of the factual premises offered in support of Defendants' motion. Plaintiff files this Notice solely so the Court has a clean and accurate record when ruling on the pending motions. No additional relief is requested by this Notice.

Respectfully submitted this 29th day of October, 2025.

*/s/ Eric Brian Rosenberg*

Eric Brian Rosenberg (pro se)

1207 Londonderry Lane

Ocean Springs, MS 39564

(228) 238-3945

ebrianrose@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2025, I hand delivered this "PLAINTIFF'S NOTICE OF CLARIFICATION REGARDING MISCHARACTERIZATIONS IN DEFENDANTS' PROTECTIVE-ORDER FILINGS" to the Clerk of Court for filing and served a copy on all counsel of record by email:

G. Todd Butler – todd.butler@phelps.com

Cannon A. Funderburk – cannon.funderburk@phelps.com

Eric Brian Rosenberg (pro se)

1207 Londonderry Lane

Ocean Springs, MS 39564

(228) 238-3945

ebrianrose@gmail.com