IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **Eric Brian Rosenberg, aka E. Brian Rose,** | | Plaintiff |
| v. | | Cause No.: 1:25-cv-00182-HSO-BWR |
| **CITY OF OCEAN SPRINGS, MISSISSIPPI, et al.** | | Defendants. |



### PLAINTIFF'S NOTICE OF POST-BRIEFING DEVELOPMENT (Transcript of City Meeting Referencing Plaintiff and Related Correspondence)

Plaintiff files this Notice to apprise the Court of post-briefing developments relevant to the pending motion for protective order. Specifically, Plaintiff submits (1) an official City transcript newly incorporated into the municipal record reflecting discussion of Plaintiff, his reporting, this lawsuit, and (2) an email exchange that led to Plaintiff's decision to discontinue voluntarily copying defense counsel on non-case-related journalistic and public-records communications. These materials are presented for context only; no relief is requested and no additional argument is offered.

1. On **November 2, 2025,** the City of Ocean Springs released its November 4, 2025 agenda packet, which contains the official transcript of the October 7, 2025 Board of Aldermen meeting. The minutes state that the verbatim transcript is incorporated into the permanent record and available for public inspection. (**Ex. A**.). During that meeting, aldermen discussed a prior instance in which a member of the Board had provided Plaintiff with a copy of a **public document — unrelated to this lawsuit and obtained in the normal course of Plaintiff's journalistic reporting.** The discussion then shifted to Plaintiff's reporting and his pending federal case. According to the transcript, **Alderman Kevin Wade** began by referencing Plaintiff's coverage, stating that he first became aware of this document through an article published on "Mr. Rosenberg's blog." He continued:

   *"I learned of this letter when Mr. Brian Rosenberg published an article on his blog. It is important to state Mr. Rosenberg is suing the City of Ocean Springs in Federal court seeking money from the city." …"You gave it to Mr. Rosenberg, who, again, let me state, is suing the city."*

   These remarks were made during a public Board of Aldermen meeting and appear in the City's official transcript which is incorporated into the official minutes. Plaintiff submits them solely to

ensure the record reflects that a sitting alderman publicly linked Plaintiff's published reporting to his pending litigation and characterized his lawful journalistic activity in an official City meeting.

The article referenced by Alderman Wade is attached as **Exhibit B**. It was published as part of Plaintiff's normal journalistic work and is unrelated to this litigation.

2. On **October 10, 2025,** the parties held a conference call with the Magistrate Judge to discuss Defendants' concerns regarding Plaintiff's ongoing journalism-related contact with the City. Plaintiff offered a protocol of copying defense counsel on all City Hall communications to demonstrate that such inquiries were not litigation-related. The Court directed the parties to attempt to resolve the issue without further court involvement. Plaintiff began copying defense counsel Todd Butler as a show of good faith. After an impasse, Defendants filed their motion for protective order. Plaintiff continued the courtesy copy.

3. On **October 17, 2025,** Plaintiff submitted a public-records request to City of Ocean Springs for billing information concerning former City Attorney Robert Wilkinson. (**Ex. C.**) The request was part of a year-long media investigation that predates this lawsuit, as evidenced by an article Plaintiff published in **October 2024** in the *Ocean Springs Weekly Record*. (**Ex. D.**) On **October 28, 2025,** the City Clerk issued a denial. Consistent with Mississippi Ethics Commission guidance encouraging good-faith communication to clarify or resolve disputes, Plaintiff sent a professional request for reconsideration or a § 25-61-11-compliant written denial. On **October 31, 2025,** defense counsel Todd Butler replied on the City's behalf. Mr. Butler did not assert that Plaintiff's request was litigation-related; instead, he defended the denial on statutory grounds, stated that appeals of denials are unlawful, and warned that "any ethics complaint would be frivolous, and the City reserves all remedies available for having to respond to frivolity." (**Ex. E.**)

4. Plaintiff replied to note that Mr. Butler's insertion into a public-records matter and his warning on the City's behalf were inconsistent with the limited reason Plaintiff had been copying him. Plaintiff therefore advised that he would no longer copy defense counsel on journalistic or public-records communications with the City of Ocean Springs. Mr. Butler responded, beginning, "I do not care how you view it," and asserted that Plaintiff's reconsideration email was related to Butler's motion for

protective order. (Ex. F.)

5. To avoid ambiguity in the record, Plaintiff notes that defense counsel's communications take two distinct positions: in the October 31 email, counsel treated the matter as an MPRA issue and warned against Ethics-Commission review, whereas his subsequent email asserts that Plaintiff's post-denial reconsideration email is related to the pending motion for protective order. This Notice is submitted solely so the sequence and content of these communications appear in the record.

Plaintiff submits these materials solely to ensure the record accurately reflects the City's official discussion of Plaintiff and his reporting, defense counsel's post-briefing participation in the City's public-records process, and the pre-litigation nature of Plaintiff's investigative work. This filing is consistent with the Mississippi Ethics Commission's guidance encouraging good-faith communication between requesters and custodians.

A **Declaration of Eric Brian Rosenberg** verifying the attached exhibits accompanies this Notice.

Respectfully submitted this 3rd day of November, 2025.

Eric Brian Rosenberg (pro se)

1207 Londonderry Lane

Ocean Springs, MS 39564

(228) 238-3945

ebrianrose@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Eric Brian Rosenberg, aka E. Brian Rose,                                                          Plaintiff

v.                                                                          Cause No.: 1:25-cv-00182-HSO-BWR

CITY OF OCEAN SPRINGS, MISSISSIPPI, et al.                                                Defendants.

## DECLARATION OF ERIC BRIAN ROSENBERG

I, **Eric Brian Rosenberg**, hereby declare under penalty of perjury pursuant to **28 U.S.C. § 1746** that the attached **Exhibits A through F** are true and correct copies of the materials described in the foregoing *PLAINTIFF'S NOTICE OF POST-BRIEFING DEVELOPMENT (Transcript of City Meeting Referencing Plaintiff and Related Correspondence)*

- **Exhibit A** consists of excerpts from the official transcript of the **October 7, 2025 Board of Aldermen meeting**, published by the City of Ocean Springs on **November 2, 2025** as part of its publicly released agenda packet. I downloaded these materials directly from the City's official posting, and they are maintained in my files in the ordinary course of business.

- **Exhibit B** is the article referenced by Alderman Kevin Wade during that meeting, which I authored and published as part of my normal journalistic work unrelated to this litigation.

- **Exhibit C** is the **October 17, 2025 public-records request** I submitted to the City of Ocean Springs.

- **Exhibit D** is the **October 2024** article I published in the *Ocean Springs Weekly Record* as part of my ongoing investigative reporting predating this lawsuit.

- **Exhibit E** is the **October 31, 2025** email from defense counsel Todd Butler responding to the City's public-records denial.

- **Exhibit F** is my follow-up email and Mr. Butler's subsequent response within that same correspondence thread.

Executed on **November 3, 2025**, at **Ocean Springs, Mississippi.**

*/s/ Eric Brian Rosenberg*

Eric Brian Rosenberg
(Pro se Plaintiff)

**CERTIFICATE OF SERVICE**

I certify that on November 3, 2025, I hand delivered this "PLAINTIFF'S NOTICE OF POST-BRIEFING DEVELOPMENT (Transcript of City Meeting Referencing Plaintiff and Related Correspondence)" to the Clerk of Court for filing and served a copy on all counsel of record by email:

G. Todd Butler – todd.butler@phelps.com

Cannon A. Funderburk – cannon.funderburk@phelps.com

Eric Brian Rosenberg (pro se)

1207 Londonderry Lane

Ocean Springs, MS 39564

(228) 238-3945

ebrianrose@gmail.com