IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ERIC BRIAN ROSENBERG** § | | **PLAINTIFF** |
| *also known as E. Brian Rose* § | | |
| § | | |
| § | | |
| **v.** § | **Civil No. 1:25-cv-182-HSO-BWR** | |
| § | | |
| § | | |
| **CITY OF OCEAN SPRINGS,** § | | |
| **MISSISSIPPI, et al.** § | | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 24th day of February, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE